Printed: 07/28/10 02:11 PM                              **Claims Distribution Small Checks**                              Page: 1

**Trustee: CAROLYN L. CAMARDO (660050)**

**Case:** 09-71321 - FLOWERS-LANE, ALYSSA

| Account No. | Check No. | Issued | | | | Amount | Amount | Paid | Small |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Claim No. | Filed | Priority | Claimant | Filed | Allowed | to Date | Payment |
| 92000230509966 | 112 | 07/27/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $0.20 |
| | | 2 | 05/04/09 | 610 | DG FastChannel | 22.00 | 22.00 | 0.20 | 0.20 |
| | | | | | P.O. Box 951392 | | | | |
| | | | | | Dallas, TX 75395-0000 | | | | |

(*) Denotes objection to Amount Filed